

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v.  ) | 26 U.S.C. § 5861(d) |
| ) | Possession of an Unregistered |
| ) | Destructive Device |
| BARRY WRIGHT  ) | |
| ) | 18 U.S.C. § 844(h) |
| ) | Use of Fire or Explosive to |
| ) | Commit Any Felony Offense |

THE GRAND JURY CHARGES THAT:

CR419-0149

### COUNT ONE
*Possession of an Unregistered Destructive Device*
26 U.S.C. § 5861(d)

On or about July 2, 2019, in Chatham County, within the Southern District of Georgia, the defendant,

**BARRY WRIGHT,**

knowingly possessed a destructive device, as defined in Title 26, United States Code, Sections 5845(a)(8) and (f), which had not been registered to him in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code.

All in violation of Title 26 United States Code, Section 5861(d).

## COUNT TWO
*Use of Fire or Explosive to Commit Any Felony Offense*
18 U.S.C. § 844(h)

On or about July 2, 2019, in Chatham County, within the Southern District of Georgia, the defendant,

**BARRY WRIGHT,**

knowingly used fire and explosive materials during the commission of the offense of Possession of an Unregistered Destructive Device, as alleged in Count One, a felony prosecutable in a court of the United States.

All in violation of Title 18, United States Code, Section 844(h).

## FORFEITURE ALLEGATION

The allegations contained in Count One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(2)(B).

Upon conviction of the offense in violation of Title 26, United States Code, Section 5861 set forth in Count One of this Indictment, the defendant, **BARRY WRIGHT**, shall forfeit to the United States of America, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearms or explosive materials involved in the commission of the offense.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 844 set forth in Count Two of this Indictment, the defendant, **BARRY WRIGHT**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s), and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the violation(s).

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to Title 18, United States Code, Sections 844(c) and 982(a)(2)(B), and Title 28, United States Code, Section 2461(c).

A True Bill.

_____
David H. Estes
First Assistant United States Attorney

_____
Karl I. Knoche
Assistant United States Attorney
Criminal Division Chief

_____
Tania D. Groover
Assistant United States Attorney
*Lead Counsel

_____
Joseph McCool
Assistant United States Attorney
*Co-Lead Counsel