# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 4:19CR149 |
| | ) | |
| vs. | ) | |
| | ) | |
| BARRY WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Application for leave of absence has been requested by Alex L. Zipperer for the period of Thursday, December 5, 2019 through and including Thursday, December 26, 2019.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

SO ORDERED, this 27th day of September, 2019.

U.S. MAGISTRATE JUDGE,
SOUTHERN DISTRICT OF GEORGIA