IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 4:19CR149 |
| | ) | |
| vs. | ) | |
| | ) | |
| BARRY WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Application for leave of absence has been requested by Alex L. Zipperer for the period of Monday, November 29, 2021 through and including Friday, December 17, 2021.

The above and foregoing request for leave of absence is GRANTED.

SO ORDERED, this  27th  day of  October , 2021.

_____
CHRISTOPHER L. RAY
U. S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA