# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CR419-149 |
| | ) | |
| BARRY WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant Barry Wright has moved for release from pretrial custody. *See generally* doc. 124. The Government has responded in opposition, doc. 133, and Wright has replied, doc. 136. The Motion, therefore, appears ripe for disposition. Neither party has explicitly requested a hearing on that motion. The Court does not see any need for a hearing, but will afford the parties an opportunity to present oral argument, if they wish. The Court has currently scheduled a hearing on the Government's Motion to reopen the evidentiary hearing on Defendant's Motion to Suppress for September 2, 2022. *See* doc. 117 (text entry reflecting Government's oral Motion); doc. 127 (Notice of Hearing). If any party wishes to present oral argument on Defendant's Motion for Release, that party is **DIRECTED** to file a Notice of that intent no later

than August 29, 2022.  If any party files such a notice, the Court will hear oral argument on Defendant's Motion for Release, if any, on September 2, 2022, after the hearing on the Government's Motion.

**SO ORDERED**, this 22nd day of August, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA