UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | CR419-149 |
| ) | |
| BARRY WRIGHT, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Barry Wright's Motion to Compel Discovery and for Additional Time to File Expert Disclosures.  Doc. 252. Defendant's motion indicates that "if he is provided access to the [requested discovery] on or before September 10, 2023, there would be no need to request any postponement of the motion hearing scheduled for October [26 and 27], 2023, and Defendant will not seek such relief." *Id*. at 4; *see also* doc. 239 (Notice of Hearing).  In light of this representation, the Government is **DIRECTED** to respond to Wright's motion, doc. 252, no later than August 28, 2023.  The Court will hold a video status

conference on August 30, 2023 at 1:00 PM to discuss the motion with the parties.

**SO ORDERED**, this 24th day of August, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA