UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs.                                                    ) | No. 4:19CR149 |
| ) | |
| BARRY WRIGHT                            ) | |
| ) | |
| Defendant.                     ) | |

## ORDER

Amy Lee Copeland, as counsel for Barry Wright, requested leaves of absence from the Court pursuant to Local Rule 83.9. The requested period of leave is as follows:

- **June 24-28, 2024**

After due consideration, the Court **GRANTS** the motion.

**SO ORDERED** this the 21st day of May, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA