**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-149 |
| BARRY WRIGHT, | |
| Defendant. | |

**O R D E R**

After a multi-day trial, the jury found Defendant Barry Wright guilty of all charges filed against him, and the Court pronounced him guilty based on that verdict.  Defendant's counsel has now moved to dismiss this action because of Defendant's death shortly following the jury's verdict. (Doc. 397.)  The Government concurs with this Motion.  (Doc. 399.)  Because Defendant died before the Court imposed his sentence, and thus, before the Court entered a judgment of conviction against him, the rule of abatement requires dismissal.  See, United States v. Logal, 106 F.3d 1547, 1551 (11th Cir. 1997).  Thus, the Court **GRANTS** the Motion and **DISMISSES** the above-captioned case against Defendant Barry Wright.  The Court **DIRECTS** the Clerk of Court to **TERMINATE** the case.

**SO ORDERED**, this 19th day of November, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA